IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | 4:07cv3017 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LANCASTER COUNTY DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on two motions filed by the petitioner, Rodney Robinson, in this habeas corpus case: (1) filing no. 2, the petitioner's Motion to Proceed In Forma Pauperis ("IFP"); and (2) filing no. 7, the petitioner's motion for extension of time to respond to the court's Order to Show Cause issued on January 31, 2007.  Both motions are granted.  The record demonstrates that the petitioner qualifies to proceed IFP, and filing no. 2 is therefore granted.  Also, the petitioner shall have 60 days from the date of this Order to respond to the Order to Show Cause.  If he requires additional time beyond that deadline, the petitioner shall file a motion before the 60 days has expired explaining his circumstances and estimating the additional time required. When pro se parties, particularly prisoners, are involved, extensions of time are liberally granted.

    SO ORDERED.

    DATED this 5th day of February, 2007.

                                BY THE COURT:

                                s/ F. A. GOSSETT
                                United States Magistrate Judge