IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | 4:07cv3017 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| LANCASTER COUNTY DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |

In an Order to Show Cause dated January 22, 2007 (filing no. 5), Magistrate Judge F. A. Gossett directed the petitioner, Rodney Robinson, to show cause in writing whether, among other issues, the habeas corpus claims at issue in this case have previously been exhausted. Magistrate Judge Gossett warned the petitioner that, in the absence of a timely and sufficient response to the Order to Show Cause, this matter could be subject, without further notice, to dismissal without prejudice for failure to prosecute.

There has been no response by the petitioner, and the deadline for the required action has expired. Thus, this case is deemed abandoned and is dismissed, without prejudice, for failure to prosecute. A separate judgment will be entered accordingly.

SO ORDERED.

DATED this 5th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge